IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION FILE NO. |
| v. | 1:16-CR-145-TWT-JKL-17 |
| ERIC MANNEY (17) | |

## NON-FINAL REPORT AND RECOMMENDATION

Defendant Eric Manney has a preliminary motion to suppress intercepted communications on the grounds that the order authorizing the wiretap was not sealed in violation of 18 U.S.C. § 2518(8)(a).  [Doc. 534.]  Following the filing on the motion, the government produced additional discovery.  At the April 7, 2017 pretrial conference in this case, counsel for Manney was provided ten days to review additional discovery that had been produced and to decide whether to proceed with the motion to suppress.  [Doc. 787.]  Manney has not taken any further action with respect to his motion.  Accordingly it is **RECOMMENDED** that Manney's Preliminary Motion to Suppress Title III Communications [Doc. 534] be **DENIED**.

There are no matters pending for Defendant Manney (17), and the Court has not been advised of any impediments to the scheduling of a trial as to this

defendant.   Accordingly, this matter as to this defendant is **CERTIFIED READY FOR TRIAL.**

**IT IS SO RECOMMENDED AND CERTIFIED** this 4th day of October, 2017.

_____

JOHN K. LARKINS III
United States Magistrate Judge