IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ERIC MANNEY
also known as
E,

  Defendant.

CRIMINAL FILE NO.
1:16-CR-145-17-TWT

**ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1163] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Title III Communications [Doc. 534]. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Title III Communications [Doc. 534] is DENIED.

SO ORDERED, this 19 day of October, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge